No. 1004. Ex parte Steckler et al. Jurisdictional statement submitted May 12, 1934. Decided May 21, 1934. *Per Curiam:* The appeal herein is dismissed for the reason that the decision of the state court sought here to be reviewed was based upon a non-federal ground adequate to support it. *New Orleans Water Works Co.* v. *Louisiana Sugar Co.,* 125 U.S. 18, 38, 39; *Cross Lake Club* v. *Louisiana,* 224 U.S. 632, 639, 640; *Long Sault Development Co.* v. *Call,* 242 U.S. 272, 277, 278; *Hardin-Wyandot Lighting Co.* v. *Upper Sandusky,* 251 U.S. 173, 178, 179; *Girard Trust Co.* v. *Ocean & Lake Realty Co.,* 286 U.S. 523; *Real Estate-Land Title & Trust Co.* v. *Springfield,* 287 U.S. 577. *Mr. Thomas Gilmore* for appellants.